IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Najami, Adnan

Printed: 2/19/08

Case Number: 07 B 11109
Judge: Hollis, Pamela S
Filed: 6/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,600.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,600.00 |
| Totals: | 2,600.00 | 2,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 7. | Fifth Third Bank | Secured | 0.00 | 0.00 |
| 8. | Countrywide Home Loans Inc. | Secured | 42,980.99 | 0.00 |
| 9. | Countrywide Home Loans Inc. | Secured | 17,474.55 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | 13,082.79 | 0.00 |
| 11. | American Express Centurion | Unsecured | 92.57 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 43.64 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 241.49 | 0.00 |
| 14. | DaimlerChryster Financial | Unsecured | 402.26 | 0.00 |
| 15. | HSBC | Unsecured | | No Claim Filed |
| 16. | Credit One | Unsecured | | No Claim Filed |
| 17. | WAMU/PRVDN | Unsecured | | No Claim Filed |
| 18. | Nicor Gas | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 74,318.29 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Najami, Adnan

Printed:  2/19/08

Case Number:  07 B 11109
Judge:  Hollis, Pamela S
Filed:  6/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

